UNITED STATES BANKRUPTCY COURT
EASTEN DISTRICT OF MICHIGAN
SOUTHERN DIVISON – FLINT

IN THE MATTER OF:

RICHARD E. NEAL
LYNN R. NEAL
    Debtor.

Chapter 7
Case No. 09-32864-dof
Hon. Daniel S. Opperman

RICHARD E. NEAL
    Plaintiff,
v.
AFNI, Inc.
    Defendant

---

## ADVERSARY PROCEEDING COMPLAINT

1. Jurisdiction is conferred on this Court by 28 U.S. C. § 1334 in that this proceeding arises under title 11 of the United States Code, arises in and is related to the above-captioned Chapter 7 case under title 11, and concerns property of the Debtors and Co-Debtors in that case. This matter is a core proceeding.

2. This Court has both personal and subject matter jurisdiction to hear this case pursuant to Section §1334 of Title 28 of the United States Code and §157(b)(2) of Title 28 of the United States Code, and pursuant to the Order entered in accordance with the Bankruptcy Amendments and Federal Judgeship Act of 1984.

3. This Court has supplemental jurisdiction to hear all claims not specifically within this Courts jurisdiction pursuant to § 1367 of Title 28 of the United States Code.

4. This matter is primarily a core proceeding and therefore the Bankruptcy Court has jurisdiction to enter a final order. However, in the event this case is determined to be a non-core proceeding then and in that event the Plaintiff consents to the entry of a final order by the Bankruptcy Judge.

5.  Venue lies in this District pursuant to §1391(b) of Title 28 of the United States Code.

## PARTIES

6.  Richard Neal, is a natural person who resides in the County of Genesee, State of Michigan, and is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3).

7.  Defendant AFNI (hereinafter "Defendant") is an Illinois corporation and is, upon information and belief, a collection agency whose registered agent is The Corporation Company and whose registered agents mailing address is 30600 Telegraph Rd. Ste 2345 Bingham Farms, MI 48025 and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

## FACTUAL ALLEGATIONS

8.  On information and belief, Plaintiff incurred a financial obligation that was primarily for personal, family or household purposes when he opened an Alltel account, that eventually went into default for late payment on information and belief and is therefore a "debt" as that term is defined by 15 U.S.C. § 1692a(5).

9.  On information and belief, Plaintiff incurred a financial obligation that was primarily for personal, family or household purposes when he opened an MCI account, that eventually went into default for late payment on information and belief and is therefore a "debt" as that term is defined by 15 U.S.C. § 1692a(5).

10. On information and belief, the Plaintiff's alleged debt for both MCI and Alltel were consigned, placed or otherwise transferred to Defendants for collection from Plaintiff, when thereafter Plaintiff started receiving collection communications from Defendant in an attempt to collect this debt.

11. On Thursday May 27, 2009, Richard E. Neal and his wife, Lynn R. Neal filed a Chapter 7 Petition 09-32864-dof with this Court.

12. Among the many debts listed in their petition, Mr. and Mrs. Neal included a debt to AFNI, Inc. for the collection of an Alltel bill on Schedule F of their petition as a general unsecured debt. (Exhibit 1).

13. On their petition, Mr. and Mrs. Neal listed AFNI, Inc. on the mailing matrix. (Exhibit 2).

14. The Bankruptcy Noticing center sent the Meeting of Creditors Notice to AFNI, Inc. by electronic transmission on Friday May 28, 2009 according to the attached Certificate of Notice. (Exhibit 3).

15. On Tuesday June 2, 2009 Defendant sent Richard E. Neal two letters. Both letters were titled "Settlement Offer" with both seeking to collect a debt. (Exhibit 4 and Exhibit 5).

16. On or about September 16, 2009 this Court signed an Order of Joint Debtor Discharge.

17. The Bankruptcy Noticing center sent the Discharge of Joint Debtors to AFNI, Inc. by electronic transmission on September 16, 2009. (Exhibit 6).

18. On September 18, 2009, Defendant sent Richard E. Neal a "Discounted Payment Offer" for an MCI account. (Exhibit 7).

19. On September 23, 2009, Richard E. Neal, through his attorney of record sent a letter to AFNI, Inc. informing them of the bankruptcy and listing the case number. (Exhibit 8).

20. On November 18, 2009, in spite of having received the notice of filing, the discharge order, and a letter from Richard E. Neals' attorney, Defendant again sent a "Discounted Payment Offer" for an AllTel account. (Exhibit 9) to Defendant directly.

21. This was a collection communication in violation of numerous and multiple provisions of the FDCPA, including but not limited to 15 U.S.C. §§ 1692a(2) and 1692e(2)(A), amongst others.

## CAUSES OF ACTION
### COUNT I.
### VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT
### 15 U.S.C. § 1692 et seq.

22. Plaintiff incorporates by reference all paragraphs of this Complaint as though fully stated herein.

23. The foregoing acts and omissions of each and every Defendant constitute numerous and multiple violations of the FDCPA including, but not limited to, each and every one of the above-cited provisions of the FDCPA, 15 U.S.C. § 1692 et seq.

24. As a result of each and every Defendant's violations of the FDCPA, Plaintiff is entitled to statutory damages in an amount up to $1,000.00 pursuant to 15 U.S.C. § 1692k(a)(2)(A); and, reasonable attorney's fees and costs pursuant to 15 U.S.C. § 1692k(a)(3) from each and every Defendant herein.

### COUNT II

### VIOLATION OF DISCHARGE INJUNCTION
### 11 USC § 105(a)

25. Plaintiff incorporates by reference all paragraphs of this Complaint as though fully stated herein.

26. The above acts by Defendant were willful.

30. Defendant intended to send letters to Plaintiff seeking to collect a debt.

31. Defendant received notice of the filing electronically.

32. The above acts harmed Plaintiff because each letter he received caused him to have to take time to send it to his attorney and otherwise take time to determine the legal status and significance of the letter.

33. The foregoing acts constitute a willful violation of 15 USC §524.

34. Plaintiff is entitled to damages for willful violations of the discharge injunction pursuant to this Courts contempt powers under 15 USC §105(a).

PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff prays that judgment be entered against Defendant:

## COUNT I

### VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT
### 15 U.S.C. § 1692 et seq.

- for an award of statutory damages of $1,000.00 pursuant to 15 U.S.C. §1692k(a)(2)(A) against Defendant and for Plaintiff;

- for an award of costs of litigation and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k(a)(3) against Defendant and for Plaintiff;

- for such other and further relief as may be just and proper.

## COUNT II

### VIOLATION OF DISCHARGE INJUNCTION
### 11 U.S.C. § 105(a)

- for an award of damages of $250 pursuant to 15 U.S.C. § 105 against Defendant and for Plaintiff;

- for an award of costs of litigation and reasonable attorneys' fees against Defendant and for Plaintiff;

- for such other and further relief as may be just and proper.

|  |  |
|---|---|
| Dated: July 15, 2010 | Respectfully submitted,<br>*Andrew L. Campbell*<br>Andrew L. Campbell<br>653 S. Saginaw Street, Suite 201<br>Flint, MI 48502<br>(810) 232-4344<br>hundy24@yahoo.com<br>P64391<br>Attorney for Plaintiff |

In re  Richard E Neal,
       Lynn R Neal
                                                  Debtors,                    Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxx0001<br><br>Account Services<br>1802 NE Loop 410, Ste 400<br>San Antonio, TX 78217 | | J | collection for Genesys Regional Medical | | | | 50.00 |
| Account No.<br><br>Representing:<br>Account Services | | | Genesys Regional Medical Center<br>1 Genesys Parkway<br>Grand Blanc, MI 48439 | | | | |
| Account No. xxxxxxx28-02<br><br>Afni, Inc<br>PO Box 3427<br>Bloomington, IL 61702-3427 | | H | collection cor Alltel | | | | 783.56 |
| Account No.<br><br>After Hours Clinic North GIGP<br>Department CH 17900<br>Palatine, IL 60055-0001 | | H | medical | | | | 15.00 |

___7___ continuation sheets attached

Subtotal (Total of this page)   848.56

67th Dist Court
GCA 07706
1415 Flushing Rd
Flushing, MI 48433


67th Dist Court
GCA 03836
1415 Flushing Rd
Flushing, MI 48433


67th District Court
GCA0700706
2303 S Center Rd
Burton, MI 48519


67th District Court
GCA 0300836
4094 Manor Drive
Burton, MI 48529


Account Services
1802 NE Loop 410, Ste 400
San Antonio, TX 78217


Afni, Inc
PO Box 3427
Bloomington, IL 61702-3427


After Hours Clinic North GIGP
Department CH 17900
Palatine, IL 60055-0001


Applied Card Bank
PO Box 17120
Wilmington, DE 19886-7120


Asset Acceptalce LLC
PO Box 2036
Warren, MI 48090-2036


Cardiology Consultants of East Michigan
David A Brill MD
1031 Suncrest Dr
Lapeer, MI 48446-1136

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan

# Notice of
# Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 5/27/09.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations

| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
|---|---|
| Richard E Neal<br>12489 Joel Dr<br>Clio, MI 48420 | Lynn R Neal<br>12489 Joel Dr<br>Clio, MI 48420 |
| Case Number:<br>**09-32864-dof** | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx-xx-1983<br>xxx-xx-7812 |
| Attorney for Debtor(s) (name and address):<br>Andrew L. Campbell<br>653 S. Saginaw Street<br>Suite 201<br>Flint, MI 48502<br>Telephone number: (810) 232-4344 | Bankruptcy Trustee (name and address):<br>Michael A Mason<br>516 West Court<br>Flint, MI 48503<br>Telephone number: 810-234-4941 |

## Meeting of Creditors
Date: **July 16, 2009**           Time: **09:00 AM**
Location: **600 Church Street, Room G-19, Federal Building, Flint, MI 48502**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 9/14/09**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| Address of the Bankruptcy Clerk's Office:<br>226 West Second Street<br>Flint, MI 48502<br>Telephone number: 810-235-4126 | For the Court:<br>Clerk of the Bankruptcy Court:<br>Katherine B. Gullo |
|---|---|
| Hours Open: Monday - Friday 08:30 AM - 4:00 PM | Date: 5/27/09 |

# EXPLANATIONS   B9A (Official Form 9A) (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

## Refer to Other Side for Important Deadlines and Notices

**The Court will dismiss this case without a hearing if the debtor(s) do not timely file all required documents and if no request for a hearing on dismissal is filed within 20 days after the petition is filed. The Clerk will give notice of the hearing on dismissal only to the party requesting the hearing, the debtor and the trustee.**

# CERTIFICATE OF NOTICE

District/off: 0645-4     User: admin          Page 1 of 1           Date Rcvd: May 28, 2009
Case: 09-32864           Form ID: b9a         Total Served: 38

The following entities were served by first class mail on May 30, 2009.
```
db/jdb      +Richard E Neal,    Lynn R Neal,    12489 Joel Dr,    Clio, MI 48420-1839
aty         +Andrew L. Campbell,    653 S. Saginaw Street,    Suite 201,    Flint, MI 48502-1522
tr          +Michael A Mason,    516 West Court,    Flint, MI 48503-5025
17518820    +67th Dist Court,    GCA 03836,    1415 Flushing Rd,    Flushing, MI 48433-2228
17518819    +67th Dist Court,    GCA 07706,    1415 Flushing Rd,    Flushing, MI 48433-2228
17518822    +67th District Court,    GCA 0300836,    4094 Manor Drive,    Burton, MI 48519-1464
17518821    +67th District Court,    GCA0700706,    2303 S Center Rd,    Burton, MI 48519-1147
17518823    +Account Services,    1802 NE Loop 410, Ste 400,    San Antonio, TX 78217-5298
17518825     After Hours Clinic North GIGP,    Department CH 17900,    Palatine, IL 60055-0001
17518826     Applied Card Bank,    PO Box 17120,    Wilmington, DE 19886-7120
17518828     Cardiology Consultants of East Michigan,    David A Brill MD,    1031 Suncrest Dr,
              Lapeer, MI 48446-1136
17518829     Comcast Cable Vison,    PO Box 3006,    Southeastern, PA 19398-3006
17518830     Consumers Energy,    4600 Colledge Hwy,    Royal Oak, MI 48073
17518832     Dr Kevin Gaffney MD,    1352 S Linden Rd,    Flint, MI 48532-4185
17518834     Flint Gastrenterology,    449 Fahsion Square Blvd,    Saginaw, MI 48603
17518836     Genesys Practice Partners Inc,    Dept CH 17938,    Palatine, IL 60055-7983
17518837    +Genesys Regional Medical Center,    1 Genesys Parkway,    Grand Blanc, MI 48439-8066
17518838    +Internal Revenue Service,    Philadelphia IRS Center,    PO Box 16336,
              Philadelphia, PA 19114-0436
17518840    +Jackie Miller,    34643 Leisure Days Dr,    Zephyrhills, FL 33541-8347
17518841    +Joseph A Kingsbury DO PC,    1620 Genesys Parkway,    Grand Blanc, MI 48439-2560
17518842    +Larry L Pack MD PC,    PO Box 590,    Grand Blanc, MI 48480-0590
17518843     Michigan Federal Credit Union,    1314 E Coldwater Rd,    Flint, MI 48505-1797
17518844     Mid Michigan Collection Bureau,    PO Box 130,    Saint Johns, MI 48879-0130
17518845    +Mill Creek Apts,    303 Smith St,    Clio, MI 48420-1309
17518846    +NCO Financial Systems,    PO Box 15456,    Wilmington, DE 19850-5456
17518847    +Pathology Consltants PC,    PO Box 33321 Drawer 200,    Detroit, MI 48232-5321
17518848     Premier Collection Services,    822 E Grand River,    Brighton, MI 48116-1802
17518850    +RPM Auto Sales Inc,    4083 N Dort Hwy,    Flint, MI 48506-2319
17518849     Rent A Center,    Saginaw St,    Mount Morris, MI 48458
17518851     Russell Collection Agency Inc,    PO Box 7009,    Flint, MI 48507-0009
17518852    +Shermeta, Adams & Von Allmen PC,    445 S Livernois Rd, Ste 333,    PO Box 5016,
              Rochester, MI 48308-5016
17518853     Urological Services PC,    1121 W Hill Rd,    Flint, MI 48507-4733
```
The following entities were served by electronic transmission on May 28, 2009.
```
17518824     EDI: AFNIRECOVERY.COM May 28 2009 19:08:00    Afni, Inc,    PO Box 3427,
              Bloomington, IL 61702-3427
17518827     EDI: ACCE.COM May 28 2009 19:08:00    Asset Acceptalce LLC,    PO Box 2036,
              Warren, MI 48090-2036
17518831    +EDI: CREDPROT.COM May 28 2009 19:08:00    Credit Protection Association,
              13355 Noel Rd, Ste 2100,    Dallas, TX 75240-6837
17518833    +EDI: AMINFOFP.COM May 28 2009 19:08:00    First Premier Bank,    PO Box 5147,
              Sioux Falls, SD 57117-5147
17518835    +EDI: FORD.COM May 28 2009 19:08:00    Ford Motor Credit Company,    PO Box 542000,
              Omaha, NE 68154-8000
17518839     EDI: IRS.COM May 28 2009 19:08:00    Internal Revenue Service,    PO Box 330500 Stop 15,
              Detroit, MI 48232
```
                                                                                        TOTAL: 6

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 30, 2009                    Signature: *[signed] Joseph Speetjens*



Afni, Inc.
404 Brock Drive
PO Box 3427
Bloomington, IL 61702-3427
www.afnicollections.com

# SETTLEMENT OFFER

### Pay half of your balance due to settle your account today

We are making another attempt to contact you regarding your overdue account. In an effort to resolve this matter we will accept $79.09, half of the current amount due. Once paid, our records will reflect the status of your account with Afni, Inc. as settled in full.

If you have any questions, please contact our office toll free at (866)307-0283 Monday through Friday 7am - 9pm CST. For proper credit on your account please write this number 028426582-02 on your payment.

To manage your account online, visit us at www.afnicollections.com. You can login with your account number and last 4 digits of your Social Security number. You can pay securely online using your debit card, Visa®, MasterCard®, or checking account and have your receipt available online once your payment posts.

Credit card payments by mail are also accepted. Credit card payment options are located on the back of the payment stub located at the bottom of this letter and can be mailed back inside the enclosed envelope.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This letter is from a debt collector.

Please retain this information for your records

| Afni, Inc. Account # | Balance Due | Original Creditor | Creditor Account # | Date |
|---|---|---|---|---|
| 028426582-02 | $158.17 | MCI | 3HG67507 | 6/2/2009 |

Detach along perforation and return bottom portion along with payment in the enclosed envelope. Credit card payment options are on the back of notice.

For proper credit, please include your Afni account # listed below on your check 

AFN50-0602R536631-QWSP-2 1631

---

Department 555
PO BOX 4127
CONCORD, CA 94524

Afni, Inc. Account #: 028426582-02
Original Creditor:   MCI
Client Account #:    3HG67507
Date:                6/2/2009
Toll Free:           (866)307-0283

Discounted Amount Due:   $79.09

Address Service Requested

#BWNFTZF #AFN5146864109068#

RICHARD NEAL
12489 JOEL DR
CLIO MI 48420-1839

1    02028426582    992400    15817

PO Box 3427
Bloomington, IL 61702-3427



Afni, Inc.
404 Brock Drive
PO Box 3427
Bloomington, IL 61702-3427
www.afnicollections.com

# SETTLEMENT OFFER

**Pay half of your balance due to settle your account today**

We are making another attempt to contact you regarding your overdue account. In an effort to resolve this matter we will accept $391.79, half of the current amount due. Once paid, our records will reflect the status of your account with Afni, Inc. as settled in full.

If you have any questions, please contact our office toll free at (866)265-6216 Monday through Friday 7am - 9pm CST. For proper credit on your account please write this number 006235828-02 on your payment.

To manage your account online, visit us at **www.afnicollections.com**. You can login with your account number and last 4 digits of your Social Security number. You can pay securely online using your debit card, Visa®, MasterCard®, or checking account and have your receipt available online once your payment posts.

Credit card payments by mail are also accepted. Credit card payment options are located on the back of the payment stub located at the bottom of this letter and can be mailed back inside the enclosed envelope.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This letter is from a debt collector.

Please retain this information for your records

| Afni, Inc. Account # | Balance Due | Original Creditor | Creditor Account # | Date |
|---|---|---|---|---|
| 006235828-02 | $783.58 | ALLTEL | 3480201304 | 6/2/2009 |

Detach along perforation and return bottom portion along with payment in the enclosed envelope. Credit card payment options are on the back of notice.

For proper credit, please include your Afni account # listed below on your check

AFN50-0602F516628-QWSP-2 1628

---

Department 555
PO BOX 4127
CONCORD, CA 94524

Afni, Inc. Account #:  006235828-02
Original Creditor:     ALLTEL
Client Account #:      3480201304
Date:                  6/2/2009
Toll Free:             (866)265-6216

Discounted Amount Due:    $391.79

Address Service Requested

#BWNFTZF #AFN5088461409063#

8    02006235828    170020    78358

RICHARD E NEAL
12489 JOEL DR
CLIO MI 48420-1839

PO Box 3427
Bloomington, IL 61702-3427

B18J (Form 18J) (08/07)

# United States Bankruptcy Court

Eastern District of Michigan
Case No. <u>09-32864-dof</u>
**Chapter 7**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Richard E Neal
12489 Joel Dr
Clio, MI 48420

Lynn R Neal
12489 Joel Dr
Clio, MI 48420

Social Security / Individual Taxpayer ID No.:
xxx-xx-1983

xxx-xx-7812

Employer Tax ID / Other nos.:

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: <u>9/16/09</u>

<u>Daniel S. Opperman.Flint</u>
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A JOINT CHAPTER 7 CASE

This court order grants a discharge to the persons named as the debtors. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtors a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtors. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtors' property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts That are Not Discharged

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.

# CERTIFICATE OF NOTICE

```
District/off: 0645-4          User: kjohn              Page 1 of 1              Date Rcvd: Sep 16, 2009
Case: 09-32864                Form ID: b18j            Total Noticed: 37
```

The following entities were noticed by first class mail on Sep 18, 2009.

```
db/jdb        +Richard E Neal,   Lynn R Neal,   12489 Joel Dr,   Clio, MI 48420-1839
17518820      +67th Dist Court,   GCA 03836,   1415 Flushing Rd,   Flushing, MI 48433-2228
17518819      +67th Dist Court,   GCA 07706,   1415 Flushing Rd,   Flushing, MI 48433-2228
17518821      +67th District Court,   GCA0700706,   2303 S Center Rd,   Burton, MI 48519-1147
17518822      +67th District Court,   GCA 0300836,   4094 Manor Drive,   Burton, MI 48519-1464
17518823      +Account Services,   1802 NE Loop 410, Ste 400,   San Antonio, TX 78217-5298
17518825       After Hours Clinic North GIGP,   Department CH 17900,   Palatine, IL 60055-0001
17518826       Applied Card Bank,   PO Box 17120,   Wilmington, DE 19886-7120
17518828       Cardiology Consultants of East Michigan,   David A Brill MD,   1031 Suncrest Dr,
               Lapeer, MI 48446-1136
17518829       Comcast Cable Vison,   PO Box 3006,   Southeastern, PA 19398-3006
17518830       Consumers Energy,   4600 Colledge Hwy,   Royal Oak, MI 48073
17518832       Dr Kevin Gaffney MD,   1352 S Linden Rd,   Flint, MI 48532-4185
17518834       Flint Gastrenterology,   449 Fahsion Square Blvd,   Saginaw, MI 48603
17595917       Ford Motor Credit Company,   c/o Shermeta, Adams & Von Allmen PC,   P.O. Box 5016,
               Rochester Hills, MI 48308-5016
17518836       Genesys Practice Partners Inc,   Dept CH 17938,   Palatine, IL 60055-7983
17518837      +Genesys Regional Medical Center,   1 Genesys Parkway,   Grand Blanc, MI 48439-8066
17518838      +Internal Revenue Service,   Philadelphia IRS Center,   PO Box 16336,
               Philadelphia, PA 19114-0436
17518840      +Jackie Miller,   34643 Leisure Days Dr,   Zephyrhills, FL 33541-8347
17518841      +Joseph A Kingsbury DO PC,   1620 Genesys Parkway,   Grand Blanc, MI 48439-2560
17518842      +Larry L Pack MD PC,   PO Box 590,   Grand Blanc, MI 48480-0590
17518843       Michigan Federal Credit Union,   1314 E Coldwater Rd,   Flint, MI 48505-1797
17518844       Mid Michigan Collection Bureau,   PO Box 130,   Saint Johns, MI 48879-0130
17518845      +Mill Creek Apts,   303 Smith St,   Clio, MI 48420-1309
17518846      +NCO Financial Systems,   PO Box 15456,   Wilmington, DE 19850-5456
17518847      +Pathology Consltants PC,   PO Box 33321 Drawer 200,   Detroit, MI 48232-5321
17518848       Premier Collection Services,   822 E Grand River,   Brighton, MI 48116-1802
17518850      +RPM Auto Sales Inc,   4083 N Dort Hwy,   Flint, MI 48506-2319
17518849       Rent A Center,   Saginaw St,   Mount Morris, MI 48458
17518851       Russell Collection Agency Inc,   PO Box 7009,   Flint, MI 48507-0009
17518852      +Shermeta, Adams & Von Allmen PC,   445 S Livernois Rd, Ste 333,   PO Box 5016,
               Rochester, MI 48308-5016
17518853       Urological Services PC,   1121 W Hill Rd,   Flint, MI 48507-4733
```

The following entities were noticed by electronic transmission on Sep 16, 2009.

```
17518824       EDI: AFNIRECOVERY.COM Sep 16 2009 18:43:00     Afni, Inc,   PO Box 3427,
               Bloomington, IL 61702-3427
17518827       EDI: ACCE.COM Sep 16 2009 18:43:00     Asset Acceptalce LLC,   PO Box 2036,
               Warren, MI 48090-2036
17518831      +EDI: CREDPROT.COM Sep 16 2009 18:43:00     Credit Protection Association,
               13355 Noel Rd, Ste 2100,   Dallas, TX 75240-6837
17518833      +EDI: AMINFOFP.COM Sep 16 2009 18:43:00     First Premier Bank,   PO Box 5147,
               Sioux Falls, SD 57117-5147
17518835      +EDI: FORD.COM Sep 16 2009 18:43:00     Ford Motor Credit Company,   PO Box 542000,
               Omaha, NE 68154-8000
17518839       EDI: IRS.COM Sep 16 2009 18:43:00     Internal Revenue Service,   PO Box 330500 Stop 15,
               Detroit, MI 48232
                                                                                             TOTAL: 6
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 18, 2009           Signature: *[signed] Joseph Speetjens*



Afni, Inc.
404 Brock Drive
PO Box 3427
Bloomington, IL 61702-3427
(888)804-2409
www.afnicollections.com

# DISCOUNTED PAYMENT OFFER

We are making another attempt to contact you regarding your overdue account. In an effort to resolve this matter we will accept $50.00. Once paid, our records will reflect the status of your account with Afni, Inc. as settled in full.

If you have any questions, please contact our office toll free at (888)804-2409 Monday through Friday 7am - 9pm CT. For proper credit on your account please write this number 028426582-02 on your payment.

To manage your account online, visit us at **www.afnicollections.com**. You can login with your account number and last 4 digits of your Social Security number. You can pay securely online using your debit card, Visa®, MasterCard®, or checking account and have your receipt available online once your payment posts.

Credit card payments by mail are also accepted. Credit card payment options are located on the back of the payment stub located at the bottom of this letter and can be mailed back inside the enclosed envelope.

Don't miss this opportunity to settle this account for **$50.00**!

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This letter is from a debt collector.

Please retain this information for your records

| Afni, Inc. Account # | Original Creditor | Current Balance | Settlement Offer | Letter Date |
|---|---|---|---|---|
| 028426582-02 | MCI | $158.17 | $50.00 | 9/18/2009 |

Detach along perforation and return bottom portion along with payment in the enclosed envelope. For proper credit, please include your Afni account # listed below on your check.
Make check payable to Afni, Inc. Credit card payment options are on the back of notice.

AFNZ5

PO BOX 223721
DALLAS, TX 75222

Electronic Service Requested

Afni, Inc. Account #:   028426582-02
Toll Free #:            (888)804-2409
Letter Date:            9/18/2009
Original Creditor:      MCI
Current Balance:        $158.17
Settlement Offer:       $50.00

0   02028426582   992400   15817

*********AUTO**SCH 3-DIGIT 484
RICHARD NEAL                    005269
12489 JOEL DR                   T20 P1
CLIO, MI 48420-1839

PO Box 3427
Bloomington, IL 61702-3427

# ANDREW L. CAMPBELL
Attorney at Law

653 S. Saginaw Street, Suite 201
Flint, MI 48502

Telephone
(810) 232-4344

Facsimile
(866) 561-2369

September 25, 2009

AFNI
404 Brock Drive
PO Box 3427
Bloomington, IL 61702-3427

        Re: Richard and Lynn Neal 09-32864-dof Chapter 7

Dear Sirs:

Richard and Lynn Neal filed a Chapter 7 Bankruptcy on May 27, 2009. This case has been successfully discharged, as have all debts he owed prior to May 27, 2009. Discharge was granted by the Bankruptcy Court in an Order dated September 16, 2009.

From time to time we have clients who, for one reason or another, inadvertently fail to list all of their creditors in the bankruptcy proceedings. Often this is accidental and may be traced to one creditor "selling off" the debt to another creditor or a collection agency, or perhaps a creditor's collection arm has a different name. Other times, clients may have genuinely not known that they owed the debt.

Regardless of how the omission occurred, or if ANY omission occurred at all, a successful Chapter 7 discharge in a no-asset case (which Ms. Frye's was), generally wipes away all debts. This is the law in the Federal Courts of the 6th Circuit, which includes the states of Michigan, Ohio, Kentucky, and Tennessee. The 6th Circuit Court of Appeals made this ruling in the case of In re Madaj, 149 F.3d 467 (1998).

The purpose of this rule was to help unclog the Bankruptcy Court system, where many debtors kept reopening old cases just to add an omitted creditor. Essentially, the 6th Circuit said this was a waste of time because there could be no dispute that the debtor would walk away from any pre-filing debts added later anyway, so why waste the Bankruptcy Court's time?

Therefore Lynn and Richard Neal have been discharged from ALL debts which arose before May 27, 2009, whether or not the creditor was specifically included in the Bankruptcy at the time of filing. Their credit report should reflect this.

Please feel free to contact our office if you have any additional questions.

Sincerely,

Andrew Campbell



Afni, Inc.
404 Brock Drive
PO Box 3427
Bloomington, IL 61702-3427
(866)647-0883
www.afnicollections.com

# DISCOUNTED PAYMENT OFFER

We are making another attempt to contact you regarding your overdue account. In an effort to resolve this matter we will accept $50.00. Once paid, our records will reflect the status of your account with Afni, Inc. as settled in full.

If you have any questions, please contact our office toll free at (866)647-0883 Monday through Friday 7am - 9pm CT. For proper credit on your account please write this number 006235828-02 on your payment.

To manage your account online, visit us at www.afnicollections.com. You can login with your account number and last 4 digits of your Social Security number. You can pay securely online using your debit card, Visa®, MasterCard®, or checking account and have your receipt available online once your payment posts.

Credit card payments by mail are also accepted. Credit card payment options are located on the back of the payment stub located at the bottom of this letter and can be mailed back inside the enclosed envelope.

Don't miss this opportunity to settle this account for **$50.00**!

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This letter is from a debt collector.

**Please retain this information for your records**

| Afni, Inc. Account # | Original Creditor | Current Balance | Settlement Offer | Letter Date |
|---|---|---|---|---|
| 006235828-02 | ALLTEL | $783.58 | $50.00 | 11/18/2009 |

Detach along perforation and return bottom portion along with payment in the enclosed envelope. For proper credit, please include your Afni account # listed below on your check.
Make check payable to Afni, Inc. Credit card payment options are on the back of notice.

AFNZS

PO BOX 223721
DALLAS, TX 75222

9322012244

Electronic Service Requested

Afni, Inc. Account #: 006235828-02
Toll Free #: (866)647-0883
Letter Date: 11/18/2009
Original Creditor: ALLTEL
Current Balance: $783.58
Settlement Offer: $50.00

8    02006235828    170020    78358

**********AUTO**MIXED AADC 752
RICHARD E NEAL
12489 JOEL DR
CLIO, MI 48420-1839

012244
T45 P1

PO Box 3427
Bloomington, IL 61702-3427